NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THEODORE WALKER GRAUWICKEL,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D18-998
　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　)
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender, and
Simone A. Lennon, Special Assistant Public
Defender, Bartow, for Appellant.

Theodore Walker Grauwickel, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


　　　　　　Affirmed.


KELLY, KHOUZAM, and BLACK, JJ., Concur.